FILED
March 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Abdul Rashid Tanko, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:06-mj-97 KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Abdul Rashid Tanko_ Case No. _2:06-mj-97 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___   Release on Personal Recognizance

  ___   Bail Posted in the Sum of _____

  _X_   $65,000 Unsecured Appearance Bond to be replaced with appearance bond secured by property, within 2 weeks

  ___   Appearance Bond with 10% Deposit

  ___   Appearance Bond secured by Real Property

  ___   Corporate Surety Bail Bond

  _X_   (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _3/30/06_ at _3:40 p.m._

By _____
Kimberly J. Mueller
United States Magistrate Judge